SMART POWER SYSTEMS,
INC., Appellant,

v.

John MCHUGH, Secretary of
the Army, Appellee.

No. 2011–1420.

United States Court of Appeals,
Federal Circuit.

Aug. 19, 2011.

**ON MOTION**

**ORDER**

Smart Power Systems, Inc. moves to withdraw its appeal.

Upon consideration thereof,

It Is Ordered That:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.